In the Matter of the Application of GUISEPPE GIAMBRONE for Payment of Award for Damage Parcel No. 15 on the Damage Map and the Decree of the Court in the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Consisting of a Block Bounded by Academy Place, Yetman Avenue, Arlington Avenue and Manhattan Street, etc., Tottenville, Borough of

Richmond, City of New York, Duly Selected as a Site for School Purposes According to Law.— Motion to direct payment of award granted. Submit order, to be approved as to form by corporation counsel. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.